UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIAN BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>    Defendants. | Case No. 5:25-cv-01215-SRM-JDE<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [32]** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the records on file, including Plaintiff Damian Brown's Complaint against the Defendants City of Los Angeles and the Los Angeles Fire Department, Dkt. 1; Defendants' Motion to Dismiss the Complaint and all supporting and opposing papers, Dkts. 23, 26, 27, 30; and the Report and Recommendation of Magistrate Judge John D. Early, Dkt. 32. No party filed timely objections to the Report. *See* Dkts. 31, 32. Upon consideration, the Court accepts the findings and recommendations of the Magistrate Judge and **ORDERS** as follows:

1. The Report and Recommendation of Magistrate Judge John D. Early is accepted. Dkt. 32.

2. The Motion to Dismiss, Dkt. 23, is **GRANTED**, **in part**, as follows: The

Complaint is **DISMISSED with prejudice** and without leave to amend **except for** Plaintiff's due process claim arising out of post-employment administration of his workers' compensation claim, which is **DISMISSED without prejudice and with leave to amend**.

      3. If Plaintiff desires to pursue this action, Plaintiff shall file a First Amended Complaint **on or before January 5, 2026**, raising <u>only</u> the due process claim arising out of post-employment administration of his workers' compensation claim. Any such First Amended Complaint should include the docket number assigned in this case; shall be labeled "First Amended Complaint"; shall be complete in and of itself without reference to the prior complaint or any other pleading, attachment, or document; shall specify all facts upon which Plaintiff claims he is entitled to relief; and shall contain no other claim or defendant other than expressly authorized above without prior leave from Court.

      4. Failure to comply with this Order may result in any non-compliant pleading being summarily stricken without further order. A failure to file a timely, compliant First Amended Complaint may result in this action being dismissed for failure to prosecute and failure to comply with a Court order. *See* Fed. R. Civ. P. 41(b).

      **IT IS SO ORDERED.**

Dated: December 12, 2025

                                            HON. SERENA R. MURILLO
                                            UNITED STATES DISTRICT JUDGE